1  MICHELLE VISSER (STATE BAR NO. 277509)
   mvisser@orrick.com
2  REESE OÑATE (STATE BAR NO. 344765)
   ronate@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
6
   Attorneys for Defendant
7  META PLATFORMS, INC. (f/k/a Facebook, Inc.)

8  DAVID ANGEL SIFUENTES III
   439 More St. NE, Unit 2
9  Grand Rapids, MI  49503
   Telephone:  616-283-5215
10 Email:  davidsifuentes61@yahoo.com

11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                          OAKLAND DIVISION
15

| | |
|---|---|
| DAVID ANGEL SIFUENTES III, | Case No. 25-cv-04479-JST |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |
| v. | |
| META PLATFORMS, INC. (f/k/a Facebook, Inc.), | |
| Defendants. | |

Plaintiff David Angel Sifuentes III ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation and respectfully ask the Court to continue the Case Management Conference currently set for December 9, 2025, to February 24, 2026, or at another time thereafter convenient for the Court.

**WHEREAS**, Plaintiff filed a Complaint against Meta in the Northern District of California, San Francisco Division on May 27, 2025 (ECF No. 1);

**WHEREAS**, Plaintiff filed a First Amended Complaint against Meta in the Northern District of California, San Francisco Division on June 10, 2025 (ECF No. 5);

**WHEREAS**, Plaintiff filed a Second Amended Complaint against Meta in the Northern District of California, San Francisco Division on July 21, 2025 (ECF No. 12);

**WHEREAS**, Plaintiff served his Summons and Second Amended Complaint on Meta on August 22, 2025 (ECF No. 18);

**WHEREAS**, Meta filed a Motion to Dismiss the Second Amended Complaint on September 26, 2025 (ECF No. 23), and scheduled the hearing for its Motion to Dismiss on December 4, 2025 at 2:00 p.m.;

**WHEREAS**, there is a Case Management Conference scheduled for December 9, 2025 at 2:00 p.m., and the Parties' joint case management statement is due on December 2, 2025;

**WHEREAS**, the Parties conferred and agree that, in light of Meta's pending Motion to Dismiss, the Case Management Conference currently set for December 9, 2025 at 2:00 p.m. should be continued to February 24, 2026, or at another time thereafter convenient for the Court, and any related deadlines, including for the case management statement, should also be continued;

**WHEREAS**, this Stipulation will not alter or otherwise impact the date of any other event or any deadline fixed by Court order;

**THEREFORE, IT IS HEREBY STIPULATED** by and between the undersigned counsel, that:

1. The Case Management Conference should be continued to February 24, 2026, at 2:00 p.m., or at another time thereafter convenient for the Court, and any corresponding deadlines should also be continued.

2. Nothing in this stipulation shall waive or limit any party's rights, including Meta's right to respond to or challenge any aspect of Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: November 19, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Michelle Visser*
MICHELLE VISSER
Attorney for Defendant
Meta Platforms, Inc.

Dated: November 19, 2025                    DAVID ANGEL SIFUENTES III

By: */s/ David Angel Sifuentes III*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: November 19, 2025      By: */s/ Michelle Visser*
MICHELLE VISSER

- 3 -

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND
RELATED DEADLINES
25-CV-04479-JST

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED** that the December 9, 2025 Case Management Conference is continued to February 24, 2026, and any corresponding deadlines are also continued.

**IT IS SO ORDERED.**

DATED: November 20, 2025

_____
The Honorable Jon S. Tigar