UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 25-cv-04479-JST<br><br>**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: ECF No. 35, 40 |

While a motion to dismiss in this case was pending before the Court, Plaintiff David Angel Sifuentes attempted to file three motions for summary judgment. He first attached to his opposition to the motion to dismiss a "cross-motion for summary judgment and opposition to defendant's motion to dismiss." ECF No. 25 at 7. Second, he filed a separate motion for summary judgment. ECF No. 35. Third, he filed an amended motion for summary judgment. ECF No. 40.

Any summary judgment motion is premature, as the motion to dismiss is still pending, the pleadings have not yet been settled, and there has been no fact discovery in this case. *See Strojnik v. Resort at Indian Springs, LLC*, No. 19-CV-04616-SVK, 2019 WL 6913039, at *9 (N.D. Cal. Dec. 19, 2019) (denying as premature pro se plaintiff's motion for partial summary judgment, which was brought before the pleadings were settled and before any discovery had occurred).

In addition, the Court notes that Sifuentes's three attempts to file a summary motion do not comply with Section G of Judge Tigar's Civil Standing Order, available at https://cand.uscourts.gov/judges/jst/tigar-jon-s, which states that "[a]bsent good cause, the Court will consider only one motion for summary judgment per party."

Sifuentes's motions for summary judgment, ECF Nos. 35, 40, are denied without

1  prejudice.  Sifuentes shall not refile such a motion at least unless and until Defendant Meta
2  answers the complaint.  Meta's motion for an extension of time to file a response to the motion for
3  summary judgment, ECF No. 37, is terminated as moot.
4  **IT IS SO ORDERED.**
5  Dated:  December 19, 2025



JON S. TIGAR
United States District Judge